1062

[No. 30332-9-II. Division Two. March 23, 2004.]

*In the Matter of the Detention of* J.M.Z.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-6-00021-5, Donna Holt, J. Pro Tem., entered May 6, 2003. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 30530-5-II. Division Two. March 23, 2004.]

*In the Matter of the Marriage of* JOSEPHINE C. NICHOLAS, *Respondent*, and JAMES C. NICHOLAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-3-00555-7, Jay B. Roof, J., entered June 16, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 30571-2-II. Division Two. March 23, 2004.]

SILVERADO GROUP, L.L.C., *Respondent*, v. TODD W. LARSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-02182-6, John F. Nichols, J., entered July 17, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 21556-3-III. Division Three. March 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOHN RAPOSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00453-2, Carolyn A. Brown, J., entered October 25, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.